Trust Company of Chicago, Administrator of Estates of Steven M. Cermak, Deceased, and Richard S. Cermak, Deceased, Appellee, v. Baltimore and Ohio Railroad Company and Alton Railroad Company, Defendants. Alton Railroad Company, Appellant.

Gen. No. 41,806.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942; rehearing denied July 1, 1942. Winston, Strawn & Shaw, for appellant; Silas H. Strawn and Harold A. Smith, of counsel; Finn & Miller, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."